IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

FILED
JUL 2 0 2010
TIMOTHY M. O'BRIEN, Clerk
By_____ Dept

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| Plaintiff, | |
| vs. | Case No. 10-MJ-8137-DJW |
| **VALENTINO HERNANDEZ,** | |
| Defendant. | |

## CRIMINAL COMPLAINT

I, Special Agent Don Albracht, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief.

From on or about June 3, 2010, in the District of Kansas, the defendant,

VALENTINO HERNANDEZ,

traveled in interstate commerce with intent to avoid prosecution for the crimes of First Degree Murder, Criminal Discharge of a Firearm at an Occupied Building, Conspiracy to Commit Criminal Discharge of a Firearm in Wyandotte County, Kansas, which are felonies under the laws of the State of Kansas. This was all in violation of Title 18, United States Code, Section 1073.

1. I am a Special Agent of the Kansas City Office of the Federal Bureau of Investigation (FBI) and have been so employed for over 26 years. I am currently assigned to the Violent Crimes Task Force of the Kansas City Office of the FBI and as such I am responsible for conducting fugitive investigations.

2. This is an affidavit in support of a Complaint and Arrest Warrant for Valentino Hernandez. The following facts are based upon information obtained personally, by

other FBI Agents, other police officers, and police officer reports.

3. On September 11, 2007, a felony arrest warrant was issued in Wyandotte County, Kansas, charging the defendant with First Degree Murder. Subsequent investigation by the local authorities failed to locate Hernandez. Further, no information could be developed regarding his possible flight from the State of Kansas.

4. On June 3, 2010, the Kansas City, Kansas Police Department received information from a source known to have provided reliable information in the past that Valentino Hernandez is residing at the residence of Hector Mayagoita, 1446 Carrillo Puerto, Gomez Palacio, Durango, Mexico, telephone 011-52-287-112-0069. Reportedly, Hernandez works at a small grocery store in Durango, and associates with a relative, possibly a cousin, named Gabriel Valles.

5. Based on the foregoing facts and circumstances, I believe that there is probable cause that the defendant, Valentino Hernandez, has traveled in interstate commerce and has fled the State of Kansas in an attempt to avoid prosecution for the crime of First Degree Murder, Criminal Discharge of a Firearm at an Occupied Building, and Conspiracy to Commit Criminal Discharge of a Firearm, felonies in the State of Kansas.

Special Agent Don Albracht
Federal Bureau of Investigation

Sworn to before me and subscribed in my presence, _____ day of July, 2010 at Kansas City, Kansas.

_____
HONORABLE DAVID J. WAXSE
United States Magistrate Judge