IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NUMBER: 10-MJ-8137-01-DJW |
| | ) | |
| VALENTINO HERNANDEZ, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION TO DISMISS

The United States of America, by and through undersigned counsel, moves the Court to dismiss this case against Valentino Hernandez without prejudice in the interests of justice because the state prosecutor is unable to pursue extradition from the foreign country where the defendant has fled.

Barry R. Grissom
United States Attorney

 s/Scott C. Rask
Scott C. Rask, Kan. S. Ct. #15643
Assistant United States Attorney
500 State Avenue, Suite 360
Kansas City, Kansas  66101
(913) 551-6730
(913) 551-6541(facsmile)
Scott.Rask@usdoj.gov